UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-022 JD |
| | ) | |
| THURSTON L.Q. JACKSON | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on March 13, 2012 [DE 6]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Thurston L.Q. Jackson's plea of guilty, and FINDS the defendant guilty of Counts 1 through 5 of the Information, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §§ 924(c), 922(d)(1) and 922(g)(1).

SO ORDERED.

ENTERED:  June 27, 2012

/s/ JON E. DEGUILIO
Judge
United States District Court